1  **Matthew G. Ball (SBN 208881)**
**Ramiz I. Rafeedie (SBN 215070)**
2  **K&L Gates LLP**
Four Embarcadero Center, Suite 1200
3  San Francisco, CA 94111
Telephone:(415) 882-8200
4  Facsimile: (415) 882-8220
5

6  Attorneys for Plaintiff
American Mortgage Network, Inc.
7

8  **Steven R. Williams (SBN 73174)**
**Williams Jordan & Brodersen, LLP**
9  2222 West Main Street
10  Visalia, California 93291
Telephone: (559) 635-9000
11  Facsimile: (559) 635-9085
12

13  Attorneys for Defendants
Jose Cruz Ortiz-Ramirez and Noemi Gaona de Ortiz

14                   UNITED STATES DISTRICT COURT
15                 EASTERN DISTRICT OF CALIFORNIA
16                       FRESNO DIVISION
17

| | |
|---|---|
| 18  AMERICAN MORTGAGE NETWORK, INC., a Delaware corporation, | Case No. 1:08-CV-00955-OWW-SMS |
| 19 | |
| 20       Plaintiff | **STIPULATION AND ORDER OF DISMISSAL** |
| 21       v. | |
| 22  JOSE CRUZ ORTIZ-RAMIREZ and | |
| 23  NOEMI GAONA de ORTIZ | |
| 24       Defendants. | |
| 25 | |

26

27

SF-169011 v1

28
**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**
**CASE NO. 1:08-CV-00955-OWW-SMS**

1     IT IS HEREBY STIPULATED by and between the parties to this action,

2 that this matter is dismissed without prejudice pursuant to Fed. R. Civ. P. Rule 41;

3     IT IS FURTHER STIPULATED by and between the parties to this action

4 that the Settlement Agreement reached between the parties, a true and correct copy

5 of which is attached hereto **Exhibit 1**, is incorporated into this Order, and this

6 Court shall retain jurisdiction to enforce the terms of Settlement Agreement.

7 **IT IS SO ORDERED.**

8

9                           **K&L Gates LLP**

10 Dated:  December 9, 2008            By:  /s/ Ramiz I. Rafeedie

11                                        Matthew G. Ball
                                         Ramiz I. Rafeedie
12                                        Attorneys for Plaintiff
13                                        American Mortgage Network, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27
**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
CASE NO. 1:08-CV-00955-OWW-SMS**

28

1

2                                                          **Williams Jordan & Brodersen, LLP**

3

4    Dated:  December 9, 2008              By:   /s/ Steven R. Williams (as authorized
                                                 on December 9, 2008)
5                                                _____
                                                 Steven R. Williams
6                                                Attorneys for Defendants
                                                 Jose Cruz Ortiz-Ramirez and Noemi
7                                                Gaona de Ortiz

8

9    **IT IS SO ORDERED.**

10

11

12

13
     Dated:  12/10/2008                    By:   /s/ OLIVER W. WANGER
14                                               _____
                                                 UNITED STATES DISTRICT
15                                               COURT JUDGE
                                                 OLIVER W. WANGER
16

17

18

19

20

21

22

23

24

25

26

27                                        - 3 –
                                          _____
28            **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**
                        **CASE NO. 1:08-CV-00955-OWW-SMS**